JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL REYES GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of the County of Los Angeles; Unknown County Correctional Deputies; Unknown Medical Staff; and Does 1-10,<br><br>　　　　Defendants. | CASE NO. CV 12-848-GW(FFMx)<br><br>**ORDER REGARDING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 10 (Spring Street) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon the Joint Stipulation of Dismissal of the parties, by and through their counsel, IT IS HEREBY ORDERED that this action is DISMISSED in its entirety with prejudice, and that each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 10, 2014

*[signature]*

George H. Wu, U.S. District Judge